Catherine Valois, as Administratrix, etc., of Augustus Valois, Deceased, Appellant, v. Jennie Bodine, Respondent. (Consolidated and tried with case of

same title.) — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.